**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

XIAO FENG ZHENG,

      Petitioner,

                                    Case No. 3:26-cv-608-TJC-PDB

v.

ACTING DIRECTOR OF DEPARTMENT
OF HOMELAND SECURITY, et al.,

      Respondents.

---

## O R D E R

Petitioner Xiao Feng Zheng, a native of China, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1), and later filed an Amended Petition. (Doc. 12). On June 25, 2026, Respondents notified the Court that Petitioner was deported to China. (Doc. 18). Because Petitioner is no longer in immigration custody, it is hereby

**ORDERED:**

1. The Amended Petition for Writ of Habeas Corpus (Doc. 12) is **DISMISSED as moot.**

2. The Clerk shall terminate all pending motions and deadlines and close the file.

2

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of July, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record